United States District Court
District of Connecticut
FILED AT NEW HAVEN

July 3, 20 24

By  S. Santos
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENA          Case No. 3:24MJ 581 (MEG)

July 3, 2024

## APPLICATION FOR NON-DISCLOSURE ORDER

The United States respectfully submits this application, pursuant to 18 U.S.C. § 2705(b), for an order providing that the provider identified below ("Provider") may not notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena identified below ("the Subpoena"), until **July 2, 2025**, absent further order from the Court.

| Provider | Subpoena |
|---|---|
| Airbnb, Inc | N-24-1-104 (1) |

The Provider identified above is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). The subpoena requires the Provider to disclose certain records and information to the United States pursuant to 18 U.S.C. § 2703(c)(2).

In this case, a non-disclosure order is appropriate because the subpoena relates to ongoing investigation which is neither public nor known to all of the subjects of the investigation. Accordingly, disclosure of the subpoena would likely alert the subjects of the investigation to the existence of the investigation.

Given the nature of this investigation, much of the evidence likely exists in electronic form. If alerted to the existence of the investigation, the subjects of the investigation could easily destroy or tamper with that evidence, whether stored by a third-party service provider or on personal computers, mobile phones, or other electronic devices. Accordingly, there is reason to believe that notification of the existence of the subpoena will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing the Provider not to disclose the existence or contents of the subpoena until **July 2, 2025**, absent further order from the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider or the purpose of receiving legal advice.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

  /s/ Christopher Lembo
CHRISTOPHER LEMBO
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv207767
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700